# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS, DONNA TISDALE, and JOE E. TISDALE,<br><br>Petitioners,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION and U.S. DEPARTMENT OF TRANSPORTATION,<br><br>Respondents. | No.<br><br>PETITION FOR REVIEW |

BACKCOUNTRY AGAINST DUMPS, DONNA TISDALE, AND JOE E. TISDALE ("petitioners") hereby petition the Court, pursuant to 49 U.S.C. section 46110 and Rule 16 of the Federal Rules of Appellate Procedure, for review of the NOTICE OF INVALID PETITION RECEIVED dated October 15, 2021 of the FEDERAL AVIATION ADMINISTRATION ("FAA") of the U.S. DEPARTMENT OF TRANSPORTATION denying petitioners' PETITION FOR REVIEW dated September 30, 2021 of the FAA's Determination of No Hazard to Air Navigation for 72 wind turbines associated with the Campo Wind Project located in San Diego County, California and dated August 31, 2021.

Dated: December 13, 2021

Respectfully submitted,

STEPHAN C. VOLKER
ALEXIS E. KRIEG
STEPHANIE L. CLARKE
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, CA 94703
Attorneys for Backcountry Against Dumps, et al.
Tel: 510/496-0600
Fax: 510/845-1255

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Petition for Review in the matter of Backcountry Against Dumps, et al. v. Federal Aviation Administration, et al.were sent to the following persons in the manner indicated:

By Certified U.S. Mail, return receipt requested:

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Civil Process Clerk**
United States Attorney's Office
Southern District of California
940 Front Street
San Diego, CA 92101

**Federal Aviation Administration**
Office of the Chief Counsel
Mark W. Bury, Acting Chief Counsel
800 Independence Avenue, SW
Washington, DC 20591

**U.S. Department of Transportation**
Office of the General Counsel
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Executed December 13, 2021 at Berkeley, California.

Yuri Miyagawa